UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>JONIPHAI MEQUELL RICHARDSON,<br><br>　　　　　　　Defendant. | CASE NO. CR08-5549BHS<br><br>ORDER |

This matter came before the Court on June 17, 2014, for a Supervised Release Violation Hearing. At the hearing the Court accepted the recommendation of the parties, including the United States Probation Officer and

NOW, THEREFORE IT IS HEREBY ORDERED THAT

Defendant Joniphai Mequell Richardson is to be released from the custody of the United States Marshal from the Federal Detention Center at SeaTac, Washington, by 2:00 p.m., on Wednesday, June 18, 2014, to enter into a residential treatment facility at 10:00 a.m., on Thursday, June 19, 2014.

Defendant Joniphai Mequell Richardson is to appear back before this court for a Disposition Hearing on Tuesday, September 9, 2014, at 11:00 a.m.

Dated this 17th day of June, 2014.

*[signature]*
BENJAMIN H. SETTLE
United States District Judge

ORDER - 1